NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IQE PLC,**

*Plaintiff-Appellee*

**v.**

**NEWPORT FAB, LLC, DBA JAZZ SEMICONDUCTOR, TOWER U.S. HOLDINGS INC., TOWER SEMICONDUCTOR LTD., PAUL D. HURWITZ, EDWARD PREISLER, DAVID J. HOWARD, MARCO RACANELLI,**

*Defendants-Appellants*

---

2024-1124

---

Appeal from the United States District Court for the Central District of California in No. 8:22-cv-00867-CJC-KES, Judge Cormac J. Carney.

---

Before HUGHES and STARK, *Circuit Judges,* and WANG, *District Judge.*[†]

PER CURIAM.

---

[†] The Honorable Nina Y. Wang, District Judge, United States District Court for the District of Colorado, sitting by designation.

2                                    IQE PLC v. NEWPORT FAB, LLC

## O R D E R

In consideration of the parties' joint stipulation of dismissal, filed on June 17, 2026, ECF No. 45, the prior opinion issued on October 15, 2025, ECF No. 36, is vacated and the appeal is dismissed. All pending motions are moot. Each party shall bear its own fees and costs.

FOR THE COURT

July 10, 2026                        Jarrett B. Perlow
    Date                               Clerk of Court

**ISSUED AS A MANDATE:** July 10, 2026